# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DARIN R. PETTAWAY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   **CIVIL ACTION 06-00880-WS-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 26, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 21st day of April, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE