IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARIN R. PETTAWAY,** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| vs. | *    **CIVIL ACTION 06-00880-WS-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
|    **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental security income, be **REVERSED** and **REMANDED.**

    **DONE** and **ORDERED** this 21st day of April, 2008.

                                                  s/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE