IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARIN PETTAWAY,** | * |
| **Plaintiff,** | * |
| vs. | *   CIVIL ACTION 06-0880-WS-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 31, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 25th day of August, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE