IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARIN PETTAWAY,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \*   CIVIL ACTION 06-0880-WS-B |
| | \* |
| **MICHAEL J. ASTRUE,** | \* |
| Commissioner of | \* |
| Social Security, | \* |
| | \* |
| Defendant. | \* |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") and that the award be limited to the EAJA rate of $164.90 per hour, thereby resulting in an award of $2,885.57 for 17.5 attorney hours spent representing Plaintiff in connection with this action.

**DONE** and **ORDERED** this 25th day of August, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE